UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEO CLAUDE BLANTON,<br><br>Defendant. | No. CR11-5618BHS<br><br>ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

The Court has considered the Motion for Withdrawal and Substitution of Counsel and the *Ex Parte* Affidavit of Counsel in support of the motion,

NOW, THEREFORE,

IT IS ORDERED that the Federal Public Defender and Assistant Federal Public Defender Russell V. Leonard, because they have disclosed an unwaivable conflict of interest, are permitted to withdraw as defense counsel in this matter, and that new defense counsel from the CJA Panel should be appointed to represent the defendant.

Withdrawing counsel shall notify the CJA Panel coordinator immediately of this Order.

DONE this 28th day of January, 2015.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/ Russell V. Leonard*
Assistant Federal Public Defender

ORDER - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100